NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-2558
_____

UNITED STATES OF AMERICA

v.

TRISTAN GREEN,

Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
District Judge:  Honorable Christopher C. Conner
M.D. Pa. No. 1-08-cr-00041-001

_____

Submitted Under Third Circuit LAR 34.1(a)
January 14, 2014

Before:  AMBRO, HARDIMAN and GREENAWAY, JR. *Circuit Judges*.

(Filed:  January 16, 2014)
_____

OPINION
_____

HARDIMAN, *Circuit Judge*.

Tristan Green appeals an order of the District Court revoking his supervised

release following his convictions in a subsequent federal case. While on supervised

release, Green was charged in September 2011 with one count of armed bank robbery and one count of use of a firearm during a crime of violence in violation of 18 U.S.C. §§ 924(c)(1)(A), 2113(a), 2113(d), and 18 U.S.C. § 2. Based on these charges, the United States Probation Office petitioned for revocation of Green's supervised release.

Green was tried before a jury and convicted of both armed robbery and use of a firearm during a crime of violence. Consequently, the District Court revoked Green's supervised release, sentencing him to 24 months' imprisonment.

Green appealed the District Court's order revoking his supervised release. In doing so, however, Green acknowledged that "the outcome of the instant appeal is wholly dependent upon the outcome of 13-2056." Because we affirmed Green's convictions in 13-2056 on November 14, 2013, *United States v. Green*, 2013 WL 6017425, we will affirm the order of the District Court revoking Green's supervised release in this case.